*sua sponte* a mistrial after the prosecutor gave his closing argument which made reference to Defendant's cross-examination of two witnesses.

We have reviewed the briefs of the parties, the legal file, and the transcript on appeal and find no error, plain or otherwise. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We have, however, provided a memorandum opinion, only for the use of the parties, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).

## ORDER

PER CURIAM.

Defendant, Timothy Fendler, appeals from the judgment entered after a jury found him guilty of two counts of felony stealing. On appeal, defendant argues that the trial court plainly erred in admitting certain evidence.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Timothy FENDLER, Appellant.**

No. ED 90940.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 10, 2009.

Alexandra Johnson, St. Louis, MO, for Appellant.

Shaun J. Mackelprang, Mary Highland Moore, Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J.,
LAWRENCE E. MOONEY, J., and
GEORGE W. DRAPER III, J.

**Rosalyn LYNN, Claimant/Appellant,**

v.

**MISSOURI VETERANS COMMIS-
SION, and Division of Employ-
ment Security, Respondents.**

No. ED 92456.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 10, 2009.

Rosalyn Lynn, Perry, pro se.

Shelly Kintzel, Division of Employment Security, Jefferson City, MO, for respondents.

Missouri Veterans Commission, C/O Janice Frank, Jefferson City, pro se.